UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE EPPS,<br><br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C14-5987-JCC-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 16.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, plaintiff may raise any issue and submit additional evidence in support of her claim, and the Administrative Law Judge (ALJ) shall issue a new decision. The ALJ shall also: (1) reevaluate the opinion of plaintiff's treating physician, Jesus Casino, M.D., in light of the record, including objective medical evidence in Dr. Casino's records; (2) reevaluate the credibility of plaintiff's alleged limitations, with references to the record from the relevant period; (3) reevaluate the statements of Sharon Epps, plaintiff's

REPORT AND RECOMMENDATION
PAGE - 1

daughter, regarding her observations of plaintiff's abilities; (4) render a new residual functional capacity finding and continue the sequential evaluation to step four and, if necessary, step five, obtaining vocational expert testimony; and (5) if a finding on transferrable skills is material to the decision, make specific findings based on vocational evidence as to what transferrable skills, if any, plaintiff has and apply relevant regulations pertaining to a claimant who is of advanced age.  Upon proper presentation, this Court will consider plaintiff's application for costs and attorney fees and expenses under 28 U.S.C. § 2412 (a), (d).

The Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed order accompanies this Report and Recommendation.

DATED this 18th day of May, 2015.

Mary Alice Theiler
United States Magistrate Judge