THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE EPPS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,,<br><br>Defendant. | CASE NO. C14-5987-JCC-MAT<br><br>ORDER |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 16.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation (Dkt. No. 17);

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

//

//

//

//

ORDER
PAGE - 1

1 DATED this 19th day of May 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2